IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRANDON DEVONTAE KEMP,                 *

           Plaintiff,                 *

v.                                                     Case No. 5:25-cv-59-CAR-AGH

                          *

WARDEN ANDREW MCFARLEN, et al.,

                          *

           Defendants.

_____     *

**J U D G M E N T**

Pursuant to this Court's Order dated May 30, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of May, 2025.

                        David W. Bunt, Clerk

                        s/ Raven K. Alston, Deputy Clerk